UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL L. WARNER and HOLLY HANSEL-WARNER, Husband and Wife,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HSBC MORTGAGE CORPORATION (USA), a registered Delaware corporation; EQUIFAX INFORMATION SERVICES, LLC, a registered Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC, a registered Ohio corporation; TRANS UNION, LLC, a registered Delaware limited liability company,<br><br>　　　　　　　　Defendants. | NO: 11-CV-0031-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (EFC No. 47). The

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

motion was heard without oral argument. The Court has reviewed the motion and the pleadings herein and is fully informed.

The parties stipulate to the dismissal of Equifax Information Services, LLC with prejudice and without attorney fees or costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties Stipulated Motion for Dismissal with Prejudice as to Defendant Equifax Information Services, LLC (EFC No. 47) is **GRANTED**. Defendant Equifax Information Services, LLC is hereby dismissed from this action with prejudice and without attorney fees or costs to either party.

2. The parties are directed to amend the caption in any further pleadings to reflect the dismissal of Defendant Equifax Information Services, LLC.

The District Court Executive is directed to enter this Order, amend the caption in the docket and provide copies of this order to counsel.

**DATED** this 21st day of May, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2